EVA M. BARKER, Respondent, *v.* CHARLES B. BARKER, Appellant.

SAME, Respondent, *v.* SAME, Appellant.

*Barker* v. *Barker*, 133 App. Div. 889, affirmed.
(Submitted October 6, 1910; decided October 25, 1910.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover an installment alleged to be due under a separation agreement between husband and wife.

*Abram F. Servin* and *Rosslyn M. Cox* for appellant.

*Edwin A. Jones* for respondent.

Judgments affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.